UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE TRUCK LEASING CO., L.P., a Delaware Limited Partnership; MELBA FERNANDEZ; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | NO.  2:20-cv-01342-SVW (PVCx)<br><br>JUDGMENT IN FAVOR OF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AGAINST PENSKE TRUCK LEASING CO., L.P. AND OLD REPUBLIC INSURANCE COMPANY |

The Motion by Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") for Summary Judgment against Penske Truck Leasing Co., L.P. ("Penske") and Old Republic Insurance Company ("Old Republic") ("Motion for Summary Judgment"), and the Court having granted State Farm's Motion for Summary Judgment against Penske and Old Republic in its entirety, now enters its judgment as follows:

///

NOW, THEREFORE, the Court declares the rights and liabilities of the parties as follows:

1. The Court GRANTS summary judgment to State Farm in accordance with the conclusions and findings reached in its July 31, 2020 Order.

2. Costs of Suit shall be awarded to State Farm as the prevailing party according to proof.

Dated: August 11, 2020

Stephen V. Wilson
Judge, United States District Court